# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00056-CV

**Heidi Huffman-Stetson, Appellant**

**v.**

**Phyllis Renee Dean, Appellee**

### FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
### NO. C2019-1300D, THE HONORABLE DIB WALDRIP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant and appellee have filed a joint motion to dismiss this appeal. The parties have agreed that costs of the appeal will be paid by the party incurring the costs. *See* Tex. R. App. P. 42.1(d). We grant the joint motion and dismiss the appeal. *See id.* R. 42.1(a), 43.2(f).

_____

Karin Crump, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Dismissed on Joint Motion

Filed: July 8, 2025